IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL CALVIN ALLEN, <br> # 265955, <br>     Petitioner, <br><br> v. <br><br> MARY B. WINDOM, *et al.*, <br><br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:24-cv-296-ECM <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On June 4, 2024, the Magistrate Judge entered a Recommendation (doc. 2) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 2) is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631.

Done this 3rd day of July, 2024.

                                         /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE